UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10216JLT

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,<br>        <u>Plaintiffs</u>,<br><br>v.<br><br>DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON<br>        <u>Defendants</u> | |

**DEFENDANTS' ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

Pursuant to Fed. R. Civ. P. 6(b), the Defendants respectfully move this Honorable Court for an extension of time to file their responsive pleadings. As grounds for their motion, the Defendants state the following:

1. The Plaintiffs have assented to the Defendants' request for more time to file responsive pleadings (Rule 7.1 certification included below);

2. Undersigned counsel requires additional time to investigate the Complaint and draft responsive pleadings;

3. Defendants Keeler, Harris, Toomey, Gallagher, Gately, Busby, and City of Boston request an extension until May 18, 2005, to file responses to Plaintiffs' Complaint; and,

4. Defendant Watts requests an extension until May 25, 2005 to file a response to Plaintiffs' Complaint;

5. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file responsive pleadings to Plaintiffs' Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and for Defendants Keeler, Harris, Toomey, Gallagher, Gately, Busby, and City of Boston, set the date for filing responsive pleadings to on or before May 18, 2005, and for Defendant Watts, set the date for filing responsive pleadings to on or before May 25, 2005.

Respectfully submitted,

DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY and CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By their attorney:

/s/ Helen G. Litsas
_____
Helen G. Litsas
Assistant Corporation Counsel
BBO# 644848
Susan M. Weise
Chief of Litigation
BBO# BBO#545455
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Helen)
(617) 635-4049 (Susan)

## 7.1 Certification

      Undersigned counsel certifies that on May 11, 2005, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiff's counsel who assented to the Defendants request for more time to file responsive pleadings.

      5/11/05                                     /s/ Helen G. Litsas
Date: _____                    _____
                                                       Helen G. Litsas, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing and via U.S. Mail.

|  |  |
|---|---|
| 5/11/05 | /s/ Helen G. Litsas |
| Date: _____ | _____ |
|  | Helen G. Litsas, Esq. |