UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for the following defendants in the above-entitled action: City of Boston, Daniel Keeler, Joseph Watts, Joseph Toomey, Dennis Harris, William J. Gallagher, Edward Gately, and Janine Busby.

Respectfully submitted,
DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY and CITY OF BOSTON
Merita A. Hopkins
Corporation Counsel

By their attorney:

/s/ Susan M. Weise
_____
Susan M. Weise
Chief of Litigation
BBO# 545455
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4040

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

| | |
|---|---|
| 5/17/05 | /s/ Susan M. Weise |
| Date: _____ | _____ |
| | Susan M. Weise, Esq. |