UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants

**DEFENDANTS' ASSENTED-TO MOTION
TO ENLARGE TIME TO FILE RESPONSIVE PLEADINGS
PURSUANT TO FED.R.CIV.P. 6(B).**

    Pursuant to Fed. R. Civ. P. 6(b), the Defendants respectfully move this Honorable Court for an extension of time to file their responsive pleadings. As grounds for their motion, the Defendants state the following:

1. A prior extension was granted by this Court and established May 25, 2005 as the new deadline for filing responsive pleadings;

2. Undersigned counsel, however, requires additional time to investigate the Complaint and draft responsive pleadings;

3. The Plaintiffs have assented to the Defendants' request for more time to file responsive pleadings (Rule 7.1 certification included below);

4. Defendants Watts, Keeler, Harris, Toomey, Gallagher, Gately, Busby, and City of Boston request a brief one-week extension until June 1, 2005, to file responses to Plaintiffs' Complaint; and,

5. Allowing this motion will not prejudice any party to the action and permitting the Defendants an extension to file responsive pleadings to Plaintiffs' Complaint will further the interests of justice.

WHEREFORE, the Defendants respectfully request that this Honorable Court allow their motion to extend time to file responsive pleadings, and set the date for filing responsive pleadings to on or before June 1, 2005.

    Respectfully submitted,

    DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY and CITY OF BOSTON
    Merita A. Hopkins
    Corporation Counsel

    By their attorney:

    /s/ Helen G. Litsas
    _____
    Helen G. Litsas
    Assistant Corporation Counsel
    BBO# 644848
    Susan M. Weise
    Chief of Litigation
    BBO# BBO#545455
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4023 (Litsas)
    (617) 635-4040 (Weise)

## 7.1 Certification

  Undersigned counsel certifies that on May 25, 2005, pursuant to LR, D. Mass. 7.1(a)(2), she spoke with Plaintiff's counsel who assented to the Defendants request for more time to file responsive pleadings.


  5/25/05             /s/ Helen G. Litsas
Date: _____          _____
                 Helen G. Litsas, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

      5/25/05                                   /s/ Helen G. Litsas
Date: _____                  _____
                                                   Helen G. Litsas, Esq.

Case 1:05-cv-10216-JLT     Document 12     Filed 05/25/2005     Page 4 of 4