UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**CIVIL ACTION NO. 05-10216JLT**

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants

**JOINT STATEMENT OF THE PARTIES**

Pursuant to the Court's Notice of Scheduling Conference and Rule 16.1(D) of the Local Rules of the United States District Court for the District of Massachusetts, counsel for the above- named parties have conferred and propose the following pretrial schedule:

1. **Joint Discovery Plan and Motion Schedule**:

    The parties propose the following pre-trial schedule:

    (a) All depositions are to be completed by June 30, 2006, except for expert witnesses;

    (b) The plaintiffs' expert witnesses shall be designated by July 31, 2006 and defendants' expert witnesses shall be designated within 30 days after plaintiff discloses said expert(s) as contemplated by Fed. R. Civ. P. 26(b)(4)(A); designation of experts shall include provision of any information required by the Federal Rules of Civil Procedure and/or the Local Rules of the District of Massachusetts; any expert depositions shall be completed within 30 days of defendants' expert designation;

    (c) All dispositive motions are to be filed by October 31, 2006, and responses are to be filed fourteen days thereafter pursuant to Local Rule 7.1;

    (d)    The plaintiff shall name other parties, if any, not later than June 15, 2006;

    (e)    A final pre-trial conference will be held per order of the Court.

2. Defendants intend to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C). Plaintiff intends to take no more than 10 depositions during the discovery period, in conformity with Fed.R.Civ.P. 30(a)(2)(A) and LR, D.Mass. 26.1(C).

3. Certifications regarding each parties' consultation with counsel regarding budgets and alternative dispute resolution will be filed separately.

Respectfully submitted,

| PLAINTIFFS | DEFENDANTS |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ, | DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAMS J. GALLAGHER, EDWARD GATELY, AND JANINE BUSBY |
| | Merita A. Hopkins |
| | Corporation Counsel |
| By their attorney, | By their attorney: |
| /s/ Stephen Hrones | /s/ Helen G. Litsas |
| Stephen Hrones, Esq. | Susan M. Weise |
| Hrones Garrity & Hedges | First Assistant Corporation Counsel |
| Lewis Wharf – Bay 232 | BBO# BBO#545455 |
| Boston, Massachusetts 02110 | Helen G. Litsas |
| (617) 227-4019 | Assistant Corporation Counsel |
| | BBO# 644848 |
| | City of Boston Law Department |
| | Room 615, City Hall |
| | Boston, MA 02201 |
| | (617) 635-4040 (Weise) |
| | (617) 635-4023 (Litsas) |