UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS PINEDA et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-10216-JLT |
| | * | |
| DANIEL KEELER et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

January 4, 2006

TAURO, J.

After a Conference held on January 4, 2006, this court hereby orders that:

1. Plaintiffs may depose the following: (1) Daniel Keeler; (2) Dennis Harris; (3) Joseph R. Watts; (4) Joseph P. Toomey; (5) William J. Gallagher; (6) Edward Gately; and (7) Janine Busby;

2. Defendants may depose the following: (1) Carlos Pineda; (2) Alexandra Perez; (3) Jose Perez; (4) Norberto Serrano; and (5) Martha Jimenez;

3. All abovementioned depositions must be completed by June 30, 2006;

4. A Further Conference will be held on July 11, 2006 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge