UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,  )<br>     Plaintiffs,                                                    )<br>                                                                       )<br>v.                                                                    )<br>                                                                       )<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.         )<br>GALLAGHER, EDWARD GATELY, JANINE         )<br>BUSBY, and the CITY OF BOSTON,                       )<br>     Defendants.                                                 )<br>                                                                       ) | C.A. No. 05-10216-JLT |

## PLAINTIFFS' MOTION TO EXPAND DISCOVERY DEADLINE

Now comes the Parties and moves that this Honorable Court order that the Discovery deadline be enlarged from June 30, 2006 until September 15, 2006 as the Parties have been unable to depose all the designated potential witnesses and parties due to deposition postponements as a result of attorney or deponent cancellation of set dates.

The Defendants assent. No trial date has been set.


Dated: June 16, 2006

Respectfully submitted,
The Plaintiffs Carlos Pineda
and Alexandra Perez,
By their attorneys,


   //S// STEPHEN HRONES_____
Stephen Hrones (BBO No. 242860)
Jessica D Hedges (BBO No. 645847)
Hrones Garrity & Hedges
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T) 617/227-4019