UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,   )<br>　　　Plaintiffs,　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　)<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.　　)<br>GALLAGHER, EDWARD GATELY, JANINE　　)<br>BUSBY, and the CITY OF BOSTON,　　　　　)<br>　　　Defendants.　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　) | C.A. No. 05-10216-JLT |

## **PLAINTIFFS' MOTION TO COMPEL DISLOSURE OF WITNESS STATEMENTS**

Now comes the Plaintiff and moves that this Honorable Court order the Defendant to turn over to the Plaintiff all witness statements, including police reports and booking sheets, FYO reports, and Form 26 reports relative to the incident in question and in particular, the documents relative to witnesses Soriano and Jiminez, and all the reports of officers.

The Defendants believe they cannot turn over the documents without court order, as they are barred from doing so by CORI. The Plaintiff disagrees that CORI prevents their production, but rather than litigating the legal issue, requests the Court to order the release to alleviate the Defendant's concerns.

In any event, these documents are certainly relevant to this litigation and should be released. There is already a protection order in place.

The Defendants have stated they would "probably not object" to a court-ordered releasing of the documents.

Pursuant to Local Rule 7.1(A)(2), Plaintiff's counsel certifies that they have attempted in good faith to resolve with Defendants' counsel the above-cited issues regarding the forwarding of these records, but have not been successful..

Dated: June 29, 2006                         Respectfully submitted,
                                              The Plaintiffs Carlos Pineda
                                              and Alexandra Perez,
                                              By their attorneys,

                                              _____//S//STEPHEN HRONES_____
                                              Stephen Hrones (BBO No. 242860)
                                              Jessica D Hedges (BBO No. 645847)
                                              Hrones Garrity & Hedges
                                              Lewis Wharf–Bay 232
                                              Boston, MA 02110-3927
                                              T) 617/227-4019