UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS PINEDA et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-10216-JLT |
| | * | |
| DANIEL KEELER et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

June 29, 2006

TAURO, J.

After a Conference held on June 29, 2006, this court hereby orders that:

1. Plaintiffs may depose the following: (1) Officer Gallagher; and (2) Officer Foley;

2. Plaintiffs shall complete the abovementioned depositions by September 15, 2006;

3. Defendants have until October 31, 2006 to file a Motion for Summary Judgment;

4. Plaintiffs have until November 30, 2006 to file a response to Defendants' Motion for Summary Judgment;

5. The Parties will meet to allow Plaintiffs' counsel to examine Defendants' complete personnel and Internal Affairs Division records. Should Plaintiffs' counsel seek copies of any or all documents in the abovementioned files, Defendants' counsel will provide such copies. If Defendants' counsel objects to the production of any or all requested documents, Defendants' counsel shall file objections with this court; and

6.      Plaintiffs have until July 6, 2006 to file a proposed order regarding the disclosure of certain documents as discussed in open court.

IT IS SO ORDERED.

                                                      /s/ Joseph L. Tauro
                                                 United States District Judge