UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,  )<br>    Plaintiffs                                  )<br>                                              )<br>v.                                               )<br>                                              )<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.   )<br>GALLAGHER, EDWARD GATELY, JANINE  )<br>BUSBY, and the CITY OF BOSTON,            )<br>    Defendants                                      )<br>                                            ) | C.A. No. 05-10216-JLT<br><br><br><br><br>**ORDER RELATIVE TO DISCOVERY** |

Now comes the Plaintiff and presents this Order Relative to Discovery pursuant to this Court's Request:

This Court hereby orders the Defendants to turn over to the Plaintiff the following documents:

1) Any documents relative to Plaintiff Pineda being held at the police station on the day of the incident including the FYO of Plaintiff Pineda by Officer Ward (*see* Bates §383), the booking sheet, any incident report, fingerprints and photos taken;

2) Booking sheet, BOP, FYO, incident reports, Form 26s, and documents relative to Norberto Serrano (Luis Cruz), who was arrested in Plaintiffs' apartment;

3) Search warrants and affidavit never served but obtained by Officer Gallagher;

4) All documents from IAD file of this incident not already turned over, including IAD assessment of incident, recommendation of Dep. Donahue to the Police Commissioner, and employee data sheet without redaction;

5) All documents relative to Marta Jiminez, who was taken to Homicide and who was a witness to a part of this incident, including booking sheet, photos, FYO (*see* Bates §§409 and 259), and BOP;

6) Form 26 prepared by Officer Fay (*see* Bates §224);

7) The complete IA and personnel files of all Defendants, not including: the documents of the IA files of this incident already turned over. These files are to be made available to Plaintiffs for viewing in defense counsel's office so the former can select out documents he wants. If defense counsel has objection to turning said documents over, she can Petition this Court to deny access of these documents to the Plaintiff; and

8) Any other documents or evidence relative to this case that have not been turned over.

Dated: June 30, 2006

Respectfully submitted,
The Plaintiffs Carlos Pineda
and Alexandra Perez,
By their attorneys,


   //S// STEPHEN HRONES
Stephen Hrones (BBO No. 242860)
Jessica D Hedges (BBO No. 645847)
Hrones Garrity & Hedges
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T) 617/227-4019