UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,<br>    Plaintiffs,<br><br>v.<br><br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON,<br>    Defendants. | C.A. No. 05-10216-JLT |

### JOINT MOTION TO ENLARGE THE TIME TO COMPLETE DEPOSITIONS

Now come the Parties and request that this Honorable Court enlarge the time within which to complete depositions, from September 15, 2006 to November 15, 2006. Many depositions have been taken but, due to other obligation of counsel, additional time is needed to complete approximately 10 depositions.

Counsel also requests that the time within which to file Motions for Summary Judgment be enlarged to January 31, 2007.

| | |
|---|---|
| Respectfully submitted,<br>The Plaintiffs Carlos Pineda and<br>Alexandra Perez,<br>By their attorneys,<br><br>//S// STEPHEN HRONES<br>Stephen Hrones (BBO No. 242860)<br>Jessica D Hedges (BBO No. 645847)<br>Hrones Garrity & Hedges<br>Lewis Wharf–Bay 232<br>Boston, MA 02110-3927<br>T) 617/227-4019 | Respectfully submitted,<br>The Defendants DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON,<br>By their attorney,<br><br>//S// HELEN LITSAS<br>Helen Litsas<br>Assistant City Solicitor<br>(BBO No.545455)<br>City of Boston Law Department<br>City of Boston, Rm. 615 City Hall<br>One City Hall Plaza<br>Boston, MA 02201<br>(617) 635-4023 |