UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CARLOS PINEDA et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil Action No. 05-10216-JLT |
| | * | |
| DANIEL KEELER et al., | * | |
| | * | |
| Defendants. | * | |

ORDER

December 12, 2006

TAURO, J.

After a Conference held on December 12, 2006, this court hereby orders that:

1. Defendants' <u>Motion for a Protective Order Filed Under Seal</u> [#39] is DENIED;

2. Defendants' counsel shall provide copies of internal affairs records that Plaintiffs' counsel has identified. These documents are CONFIDENTIAL and Plaintiffs' counsel shall not share them with his clients, nor anyone else;

3. Parties shall complete depositions and disclose expert witnesses by March 1, 2007;

4. Defendants' deadline for filing a Motion for Summary Judgment is April 16, 2007;

5. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is due May 7, 2007;

6. A final pre-trial conference will be held on May 23, 2007, at 10:00 a.m..

7. Trial is scheduled for June 4, 2007 at 10:00 a.m.; and

8. No continuances shall be granted

IT IS SO ORDERED.


   /s/ Joseph L. Tauro
United States District Judge