UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ, )<br>　　　Plaintiffs, ) <br>) <br>v. ) <br>) <br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R. )<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J. )<br>GALLAGHER, EDWARD GATELY, JANINE )<br>BUSBY, and the CITY OF BOSTON, ) <br>　　　Defendants. ) | C.A. No. 05-10216-JLT |

## MOTION TO ORDER DEFENDANTS TO TURN OVER TO PLAINTIFF KEY DOCUMENTS

Now comes the Plaintiff and requests this court to order the defendants to turn over to the Plaintiff form 26 that officer Fay admitted he made out at the scene of the incident in question. Counsel for the defendant for many months has claimed she "is still looking for it".

Respectfully Submitted,
By his attorney,

//s// Stephen Hrones
Stephen Hrones (BBO No. 242860)
Hrones, Garrity & Hedges
Lewis Wharf – Bay 232
Boston, MA 02110-3927
T) 617/227-4019