UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ORDER KEY DOCUMENTS**

    The Defendant police officers, Daniel Keeler, Dennis Harris, Joseph Watts, Joseph Toomey, William Gallagher, Edward Gately, and Janine Busby hereby file this opposition to *Plaintiff's Motion to Order Defendants To Turn Over To Plaintiff Key Documents*. In Plaintiffs' Motion, the Plaintiffs seek a Form 26 document from Boston Police Officer Andrew Fay. Plaintiffs' motion, however, is moot because the Defendants have already provided Plaintiffs with such document on February 12, 2007.

    Accordingly, the Defendants respectfully request that this Court deny Plaintiffs' motion.

Respectfully submitted,

DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, AND JANINE BUSBY
William F. Sinnott
Corporation Counsel

By their attorneys


/s/ Helen G. Litsas
_____
Helen G. Litsas
Assistant Corporation Counsel
BBO# 644848
Susan M. Weise
First Assistant Corporation Counsel
BBO# BBO#545455
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023 (Litsas)
(617) 635-4040 (Weise)


**CERTIFICATE OF SERVICE**

I hereby certify that on this day, a copy of this document was served upon counsel of record via electronic filing.

|         2/20/07          |     s/ Helen G. Litsas      |
|--------------------------|-----------------------------|
| Date: _____        | _____         |
|                          | Helen G. Litsas, Esq.       |