UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Kindly withdraw my appearance as counsel of record for the Defendants in the above-captioned matter.

**CERTIFICATE OF SERVICE**

**I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail.**

3/18/07      /s/ Helen G. Litsas

_____   _____
**Date**      **Helen G. Litsas**

Respectfully submitted,

DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY and CITY OF BOSTON,
By their attorneys:

William F. Sinnott
Corporation Counsel

/s/ Helen G. Litsas

_____
Helen G. Litsas, BBO# 644848
Senior Assistant Corporation Counsel
City of Boston Law Department
Room 615, City Hall
Boston, MA 02201
(617) 635-4023

L-0056/hglnow.doc