UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,  )<br>    Plaintiffs, ) | C.A. No. 05-10216-JLT |
| ) | |
| v. ) | |
| ) | |
| DANIEL KEELER, DENNIS HARRIS, JOSEPH R. ) <br>WATTS, JOSEPH P. TOOMEY, WILLIAM J. ) <br>GALLAGHER, EDWARD GATELY, JANINE ) <br>BUSBY, and the CITY OF BOSTON, ) <br>    Defendants. ) <br>) | |

## MOTION TO EXTEND TIME FOR TAKING DEPOSITIONS

    Now comes the plaintiff and moves that the honorable court allow until May 1, 2007 for the taking of depositions. Both counsel have been extremely busy and have been unable to arrange convenient dates. Plaintiff's counsel was teaching in Russia for three weeks in February and March which also delayed the depositions.

                                                                        Respectfully Submitted,
                                                                        By his attorney,

                                                                        //s// Stephen Hrones
                                                                        Stephen Hrones (BBO No. 242860)
                                                                        Hrones, Garrity & Hedges
                                                                        Lewis Wharf – Bay 232
                                                                        Boston, MA 02110-3927
                                                                        T) 617/227-4019