UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER, DENNIS HARRIS, JOSPEH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY, and the CITY OF BOSTON
    Defendants.

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

    Please enter my appearance as an attorney of record for the following defendants in the above-entitled action: City of Boston, Daniel Keeler, Joseph Watts, Joseph Toomey, Dennis Harris, William J. Gallagher, Edward Gately, and Janine Busby.

    Respectfully submitted,

    DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY, WILLIAM J. GALLAGHER, EDWARD GATELY, JANINE BUSBY and CITY OF BOSTON
    William F. Sinnott
    Corporation Counsel

    By their attorney:

    /s/ Thomas Donohue
    Thomas Donohue, BBO# 643483
    Assistant corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039

CERTIFICATE OF SERVICE

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 4, 2007.

                                      /s/ Thomas Donohue
                                      Thomas Donohue