UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,  )<br>    Plaintiffs,                                       )<br>                                                    )<br>v.                                                   )<br>                                                    )<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.  )<br>GALLAGHER, EDWARD GATELY, JANINE  )<br>BUSBY, and the CITY OF BOSTON,          )<br>    Defendants.                                      )<br>                                                    ) | C.A. No. 05-10216-JLT |

## **MOTION TO CONTINUE**

Now comes the parties and move to continue the trial date from June 4, 2007 until the latter two weeks of July. As grounds therefore state the following:

1.) Discovery has bagged down due to plaintiff's counsel's three weeks of teaching law students in Russia and the recent change in counsel by defendant.
2.) There are still several depositions to take.
3.) The defendant expects to file a motion for summary judgment.
4.) Thus, there will be sufficient time to complete the discovery, file, and respond to the motion for summary judgment before the trial date.

                                        Respectfully Submitted,
                                        Plaintiff, Carlos Pineda,
                                        By his attorney,

                                        //s// Stephen Hrones_____
                                        Stephen Hrones BBO#242860
                                        Hrones, Garrity & Hedges
                                        Lewis Wharf – Bay 232
                                        Boston, MA 02110-3927
                                        T) 617/227-4019