UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,  )<br>    Plaintiffs,                                                      )<br>                                                                       )<br>v.                                                                    )<br>                                                                       )<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.        )<br>GALLAGHER, EDWARD GATELY, JANINE         )<br>BUSBY, and the CITY OF BOSTON,                    )<br>    Defendants.                                                    )<br>                                                                       ) | C.A. No. 05-10216-JLT |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael Tumposky as attorney for plaintiffs Carlos Pineda and Alexandra Perez in the above-entitled matter.

> Respectfully submitted,
> The plaintiff's Carlos Pineda and Alexandra Perez
> By their attorney,
>
> //s// Michael Tumposky_____
> Michael Tumposky
> BBO No. 660618
> Hrones, Garrity & Hedges
> Lewis Wharf – Bay 232
> Boston, MA 02110-3927
> T) 617/227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this 10th day of May, 2007, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

> //s// Michael Tumposky
> Michael Tumposky