UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV10216-JLT

CARLOS PINEDA, ET AL.
    Plaintiffs

v.

DANIEL KEELER, ET AL.
    Defendants

## NOTICE OF APPEARANCE AND CHANGE OF ADDRESS

### TO THE CLERK OF THE ABOVE-REFERENCED COURT:

Please re-enter my appearance as counsel of record for all remaining Defendants in the above-captioned matter, including Defendants Daniel Keeler, Joseph Toomey, Dennis Harris, and Joseph Watts.

Please also note my change of her address to the following:

Helen G. Litsas

Law Office Of Helen G. Litsas

38 Main Street

Saugus, MA 01906

(781) 231-8090 (telephone)

(781) 231-8094 (facsimile)

Email address: helen@litsaslaw.com.

Respectfully submitted,

DEFENDANTS, JOSEPH P. TOOMEY,
and JOSPEH WATTS

William F. Sinnott
Corporation Counsel

By their attorneys:

/s/ Helen G. Litsas
Helen G. Litsas, BBO# 644848
Special Assistant Corporation Counsel
Law Office Of Helen G. Litsas
38 Main Street
Saugus, MA 01906
(781) 231-8090

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and served on all parties on June 18, 2007.

/s/ Helen G. Litsas
Helen G. Litsas