UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV10216-JLT

CARLOS PINEDA, ET AL.
    Plaintiffs

v.

DANIEL KEELER, ET AL.
    Defendants

**DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS AND LOCAL RULE 7.1 CERTIFICATION**

Pursuant to L.R. 7.1, I, Thomas Donohue, certify that on June 14, 2007, I contacted Plaintiffs' counsel and we were unable to narrow the issues prior to filing Defendants' motions for summary judgment.

Respectfully submitted,
DEFENDANTS, JOSEPH P. TOOMEY,
and JOSPEH WATTS, DANIEL KEELER,
AND DENNIS HARRIS

William F. Sinnott
Corporation Counsel

By their attorneys:

/s/ Helen G. Litsas
Helen G. Litsas, BBO# 644848
Special Assistant Corporation Counsel
Law Office Of Helen G. Litsas
38 Main Street
Saugus, MA 01906
(781) 231-8090

Thomas Donohue, BBO# 643483
Assistant Corporation Counsel
City of Boston Law Department
City Hall, Room 615
Boston, MA  02201
(617) 635-4039

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and served on all parties on June 18, 2007.

/s/ Thomas Donohue
Thomas Donohue