UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-10216JLT

CARLOS PINEDA and
ALEXANDRA PEREZ,
    Plaintiffs,

v.

DANIEL KEELER et al.,
    Defendants

**NOTICE OF WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE ABOVE REFERENCED COURT:

    Please withdraw my appearance as counsel of record for all Defendants in the above-captioned matter. All Defendants currently have other counsel of record.

    Respectfully submitted,

    DEFENDANTS DANIEL KEELER, DENNIS HARRIS, JOSEPH R. WATTS, JOSEPH P. TOOMEY
    By their attorneys:

    William F. Sinnott
    Corporation Counsel

    /s/ Thomas R. Donohue
    _____
    Thomas R. Donohue, BBO#643483
    Assistant Corporation Counsel
    City of Boston Law Department
    Room 615, City Hall
    Boston, MA 02201
    (617) 635-4039

2

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 27, 2007.

                                        <u>/s/ Thomas R. Donohue</u>
                                        Thomas R. Donohue