UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05CV10216-JLT

| | |
|---|---|
| CARLOS PINEDA, ET AL.<br>    Plaintiffs<br><br>v.<br><br>DANIEL KEELER, ET AL.<br>    Defendants | |

## STIPULATION OF DISMISSAL

Now come the Parties in the above-captioned case and hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(ii) to voluntarily dismiss all counts of Plaintiffs' Complaint as they relate to Defendants Daniel Keeler and Dennis Harris with prejudice and with each party to bear their own fees and costs.

Respectfully submitted,

| PLAINTIFFS, CARLOS PINEDA<br>AND ALEXANDRA PEREZ<br>By their attorney: | DEFENDANTS DANIEL KEELER AND<br>DENNIS HARRIS<br>By their attorney: |
|---|---|
| /s/ Stephen Hrones<br>Stephen Hrones, BBO# 242860<br>Hrones, Garrity & Hedges LLP<br>Lewis Wharf - Bay 232<br>Boston, MA 02110-3927<br>(617) 227-4019 | /s/ Helen G. Litsas<br>Helen G. Litsas, BBO# 644848<br>Law Office Of Helen G. Litsas<br>38 Main Street<br>Saugus, MA 01906<br>(781) 231-8090 |