UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,    )<br>　　　Plaintiffs,　　　　　　　　　　　　　　　)　C.A. No. 05-10216-JLT<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　)<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.)<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.　　)<br>GALLAGHER, EDWARD GATELY, JANINE　　　)<br>BUSBY, and the CITY OF BOSTON,　　　　　　)<br>　　　Defendants.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　　　　　　　) | |

## MOTION TO ENLARGE TIME TO FILE OPPOSITION TO DEFENDANTS WATTS AND TOOMEY'S MOTION FOR SUMMARY JUDGMENT

　　　Now comes the plaintiff and moves that the honorable court enlarge the time within which to complete plaintiffs memorandum in opposition to defendants Watts and Toomey's Motion for Summary Judgment, from July 10, 2007 until July 11, 2007.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　　　　　　　　　　　　　　The Plaintiff, Carlos Pineda,
　　　　　　　　　　　　　　　　　　　　　　　By his attorney,

　　　　　　　　　　　　　　　　　　　　　　　//s// Stephen Hrones
　　　　　　　　　　　　　　　　　　　　　　　Stephen Hrones (BBO No. 242860)
　　　　　　　　　　　　　　　　　　　　　　　Hrones, Garrity & Hedges
　　　　　　　　　　　　　　　　　　　　　　　Lewis Wharf – Bay 232
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　　　　　　　　T) 617/227-4019