UNITED STATES DISTRICT COURT
**DISTRICT OF MASSACHUSETTS**

**CARLOS PINEDA and
ALEXANDRA PEREZ,**
   **Plaintiffs,**

   v.                                      CA NO: 05-10216-JLT

**JOSEPH WATTS and
JOSEPH TOOMEY,**
   **Defendants.**

### JUDGMENT

<u>TAURO,D.J.</u>

In accordance with the Court's MEMORANDUM and ORDER of July 19, 2007   GRANTING Defendants' Motion for Summary Judgment in the above entitled action, is hereby  ORDERED:

JUDGMENT FOR THE DEFENDANTS.


                                         /S/

                                         Zita Lovett,
8/8/2007                                 Deputy Clerk