UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ,<br>　　Plaintiffs,<br><br>v.<br><br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R.<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J.<br>GALLAGHER, EDWARD GATELY, JANINE<br>BUSBY, and the CITY OF BOSTON,<br>　　Defendants. | C.A. No. 05-10216-JLT |

## NOTICE OF APPEAL

Now come the Plaintiffs, Carlos Pineda and Alexandra Perez, and hereby give notice of their intent to appeal the judgment entered against them in the above-entitled matter.

　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　The plaintiff's Carlos Pineda and Alexandra Perez
　　　　　　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　　　　　　//s// Michael Tumposky_____
　　　　　　　　　　　　　　　　Stephen Hrones (BBO # 242860)
　　　　　　　　　　　　　　　　Jessica D Hedges (BBO # 645847)
　　　　　　　　　　　　　　　　Michael Tumposky (BBO # 60618)
　　　　　　　　　　　　　　　　Hrones, Garrity & Hedges, LLP
　　　　　　　　　　　　　　　　Lewis Wharf–Bay 232
　　　　　　　　　　　　　　　　Boston, MA 02110-3927
　　　　　　　　　　　　　　　　T)617/227-4019

## CERTIFICATE OF SERVICE

　　　I, Michael Tumposky, hereby certify that, on this 7th day of September, 2007, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

　　　　　　　　　　　　　　　　//s// Michael Tumposky
　　　　　　　　　　　　　　　　Michael Tumposky