UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARLOS PINEDA and ALEXANDRA PEREZ, )<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DANIEL KEELER, DENNIS HARRIS, JOSEPH R. )<br>WATTS, JOSEPH P. TOOMEY, WILLIAM J. )<br>GALLAGHER, EDWARD GATELY, JANINE )<br>BUSBY, and the CITY OF BOSTON, )<br>Defendants. )<br>) | C.A. No. 05-10216-JLT |

## MOTION TO FILE UNDER SEAL

Now come the Plaintiffs, Carlos Pineda and Alexandra Perez, and hereby move to file the attached documents under seal. See Attached. These documents were part of the summary judgment materials but could not be electronically filed due to the existence of a protective order.

Respectfully submitted,
The plaintiff's Carlos Pineda and Alexandra Perez
By their attorneys,

_/s/ Michael Tumposky_
Stephen Hrones (BBO # 242860)
Jessica D Hedges (BBO # 645847)
Michael Tumposky (BBO # 60618)
Hrones, Garrity & Hedges, LLP
Lewis Wharf–Bay 232
Boston, MA 02110-3927
T)617/227-4019

## CERTIFICATE OF SERVICE

I, Michael Tumposky, hereby certify that, on this 7th day of September, 2007, I have caused to be served a copy of this document, where unable to do so electronically, on all counsel of record in this matter.

_/s/ Michael Tumposky_
Michael Tumposky