UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cv-10216

Carlos Pineda, et al

v.

Daniel Keeler, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-80, 82

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 9/6/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on September 25, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 9/25/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
# CIVIL DOCKET FOR CASE #: 1:05-cv-10216-JLT
# Internal Use Only

Pineda et al v. Keeler et al  
Assigned to: Judge Joseph L. Tauro  
Cause: 42:1983 Civil Rights Act

Date Filed: 02/03/2005  
Date Terminated: 07/19/2007  
Jury Demand: Both  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question

**Plaintiff**

**Carlos Pineda**  represented by **Jessica Diane Hedges**  
Hrones, Garrity & Hedges  
Lewis Wharf  
Bay 232  
Boston, MA 02110  
617-227-4019  
Fax: 617-227-3908  
Email: hedges@masscriminallawyer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Stephen B. Hrones**  
Hrones, Garrity & Hedges, LLP  
Lewis Wharf - Bay 232  
Boston, MA 02110  
617-227-4019  
Fax: 617-227-3908  
Email: hrones@masscriminallawyer.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Michael L. Tumposky**  
Hrones, Garrity & Hedges  
Lewis Wharf  
Bay 232  
Boston, MA 02110  
617-227-4019  
Fax: 617-227-3908  
Email: tumposky@masscriminallawyer.com  
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Alexandra Perez**　　　　represented by **Jessica Diane Hedges**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen B. Hrones**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael L. Tumposky**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Daniel Keeler**　　　　represented by **Helen G. Litsas**
*TERMINATED: 06/29/2007*　　　　Law Office of Helen G. Litsas
38 Main Street
Saugus, MA 01906
781-231-8090
Fax: 781-231-8094
Email: helen@litsaslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
Brody, Hardoon, Perkins & Kesten
One Exeter Plaza, 12th floor
Boston, MA 02116
617-880-7100
Fax: 617-880-7171
Email: tdonohue@bhpklaw.com
*TERMINATED: 06/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
City of Boston Law Department
Boston City Hall
Room 615
Boston, MA 02201
617-635-4040
Fax: 617-635-3199
Email: susan.weise@cityofboston.gov

*ATTORNEY TO BE NOTICED*

**Defendant**

**Dennis Harris**
*TERMINATED: 06/29/2007*

represented by **Helen G. Litsas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
(See above for address)
*TERMINATED: 06/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph R. Watts**

represented by **Helen G. Litsas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
(See above for address)
*TERMINATED: 06/27/2007*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Joseph P. Toomey**

represented by **Helen G. Litsas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                **Thomas R Donohue**
                (See above for address)
                *TERMINATED: 06/27/2007*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**William J. Gallagher**      represented by **Helen G. Litsas**
*TERMINATED: 06/08/2007*           City Of Boston Law Department
                Room 615
                City Hall
                Boston, MA 02201
                781-231-8090
                Fax: 781-231-8094
                Email: helen@litsaslaw.com
                *TERMINATED: 03/18/2007*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Susan M. Weise**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Thomas R Donohue**
                (See above for address)
                *TERMINATED: 06/27/2007*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Edward Gately**       represented by **Helen G. Litsas**
*TERMINATED: 06/08/2007*           (See above for address)
                *TERMINATED: 03/18/2007*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Susan M. Weise**
                (See above for address)
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

                **Thomas R Donohue**
                (See above for address)
                *TERMINATED: 06/27/2007*
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**Janine Busby**
TERMINATED: 06/08/2007

represented by **Helen G. Litsas**
(See above for address)
TERMINATED: 03/18/2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
(See above for address)
TERMINATED: 06/27/2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Boston**

represented by **Helen G. Litsas**
(See above for address)
TERMINATED: 03/18/2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Susan M. Weise**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas R Donohue**
(See above for address)
TERMINATED: 06/27/2007
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/03/2005 | 1 | COMPLAINT against all defendants Filing fee: $ 150. receipt number 61800, filed by Carlos Pineda, Alexandra Perez. (Attachments: # 1 Civil Cover Sheet)(Abaid, Kim) (Entered: 02/08/2005) |
| 02/03/2005 |  | Summons Issued as to Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris. (Abaid, Kim) (Entered: 02/08/2005) |

| 02/03/2005 | | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Abaid, Kim) (Entered: 02/08/2005) |
|---|---|---|
| 03/15/2005 | 2 | WAIVER OF SERVICE Returned Executed City of Boston waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 03/16/2005) |
| 04/13/2005 | 3 | WAIVER OF SERVICE Returned Executed Joseph P. Toomey waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/13/2005) |
| 04/13/2005 | 4 | WAIVER OF SERVICE Returned Executed Janine Busby waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/13/2005) |
| 04/13/2005 | 5 | WAIVER OF SERVICE Returned Executed William J. Gallagher waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/13/2005) |
| 04/13/2005 | 6 | WAIVER OF SERVICE Returned Executed Dennis Harris waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/13/2005) |
| 04/13/2005 | 7 | WAIVER OF SERVICE Returned Executed Daniel Keeler waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/13/2005) |
| 04/26/2005 | 8 | WAIVER OF SERVICE Returned Executed Joseph R. Watts waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 04/27/2005) |
| 05/06/2005 | 9 | WAIVER OF SERVICE Returned Executed Edward Gately waiver sent on 3/11/2005, answer due 5/10/2005. (Abaid, Kim) (Entered: 05/06/2005) |
| 05/11/2005 | 10 | MOTION for Extension of Time to May 18, 2005 and May 25, 2005 to File Answer *and Responsive Pleadings* by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris.(Litsas, Helen) (Entered: 05/11/2005) |
| 05/16/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 10 Motion for Extension of Time to Answer Joseph P. Toomey answer due 5/25/2005; William J. Gallagher answer due 5/25/2005; Edward Gately answer due 5/25/2005; Janine Busby answer due 5/25/2005; City of Boston answer due 5/25/2005; Daniel Keeler answer due 5/25/2005. (Lovett, Zita) (Entered: 05/16/2005) |
| 05/17/2005 | 11 | NOTICE of Appearance by Susan M. Weise on behalf of Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris (Weise, Susan) (Entered: 05/17/2005) |
| 05/25/2005 | 12 | Assented to MOTION for Extension of Time to 6/1/05 to File Responsive Pleadings by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris.(Litsas, Helen) (Entered: 05/25/2005) |
| 06/01/2005 | 13 | MOTION to Dismiss by City of Boston.(Litsas, Helen) Additional attachment(s) added on 6/2/2005 (Abaid, Kim). (Entered: 06/01/2005) |

| 06/01/2005 | 14 | ANSWER to Complaint with Jury Demand by Daniel Keeler.(Litsas, Helen) (Entered: 06/01/2005) |
|---|---|---|
| 06/01/2005 | 15 | ANSWER to Complaint with Jury Demand by William J. Gallagher.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 16 | ANSWER to Complaint with Jury Demand by Dennis Harris.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 17 | ANSWER to Complaint with Jury Demand by Edward Gately.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 18 | ANSWER to Complaint with Jury Demand by Janine Busby.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 19 | ANSWER to Complaint with Jury Demand by Joseph P. Toomey.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 20 | *Amended* ANSWER to Complaint with Jury Demand by Daniel Keeler.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 21 | Assented to MOTION for Extension of Time to 6/2/05 to File Answer by Joseph R. Watts.(Litsas, Helen) (Entered: 06/01/2005) |
| 06/01/2005 | 22 | MEMORANDUM in Support re 13 MOTION to Dismiss filed by City of Boston. (Abaid, Kim) (Entered: 06/02/2005) |
| 06/02/2005 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 13 corrected because: A motion and memorandum were filed as one document. Separated to docket as two separate documents for the file. (Abaid, Kim) (Entered: 06/02/2005) |
| 06/02/2005 | 23 | ANSWER to Complaint with Jury Demand by Joseph R. Watts.(Weise, Susan) (Entered: 06/02/2005) |
| 06/24/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered finding as moot 12 Motion for Extension of Time (Lovett, Zita) (Entered: 06/24/2005) |
| 08/09/2005 |  | Judge Joseph L. Tauro : Electronic ORDER entered 13 Motion to Dismiss Count III of the Plaintiff's Complaint - Without Opposition, The motion is ALLOWED. (Abaid, Kim) (Entered: 08/10/2005) |
| 11/08/2005 |  | Judge Joseph L. Tauro : ElectronicORDER entered denying as moot 21 Motion for Extension of Time to Answer (Abaid, Kim) (Entered: 11/08/2005) |
| 12/08/2005 | 24 | NOTICE of Scheduling Conference Scheduling Conference set for 1/4/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 12/12/2005) |
| 12/08/2005 | 25 | Judge Joseph L. Tauro : RULE 26 DISCOVERY ORDER entered. (Abaid, Kim) (Entered: 12/12/2005) |

| | | |
|---|---|---|
| 12/29/2005 | 26 | JOINT STATEMENT re scheduling conference. (Litsas, Helen) (Entered: 12/29/2005) |
| 01/04/2006 | 27 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. All listed depositions must be completed by June 30, 2006. A Further Conference will be held on July 11, 2006 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kim) (Entered: 01/05/2006) |
| 05/23/2006 | 28 | MOTION to Compel *Disclosure of Witness Statement* by Carlos Pineda, Alexandra Perez.(Hrones, Stephen) (Entered: 05/23/2006) |
| 06/06/2006 | 29 | Opposition re 28 MOTION to Compel *Disclosure of Witness Statement* filed by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, Daniel Keeler, Dennis Harris. (Attachments: # 1 Affidavit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Litsas, Helen) (Entered: 06/06/2006) |
| 06/16/2006 | 30 | MOTION for Extension of Time to September 15, 2006 to to Expand Discovery Deadline by Carlos Pineda.(Hrones, Stephen) (Entered: 06/16/2006) |
| 06/19/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 30 Motion for Extension of Time Discovery to be completed by 9/15/2006. (Abaid, Kim) (Entered: 06/21/2006) |
| 06/23/2006 | | ELECTRONIC NOTICE of Hearing :Motion Hearing set for 6/29/2006 12:00 PM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/23/2006) |
| 06/27/2006 | 31 | MOTION to Compel *Disclosure of Personnel and IAD Records* by Carlos Pineda.(Hrones, Stephen) (Entered: 06/27/2006) |
| 06/28/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered 31 Motion to Compel is DENIED WITHOUT PREJUDICE to re-filing with Certification pursuant to Local Rule 7.1(a)(2) and Certificate of Service. (Abaid, Kim) (Entered: 06/28/2006) |
| 06/28/2006 | 32 | MOTION to Compel *Disclosure of Personnel & IAD Records* by Carlos Pineda.(Hrones, Stephen) (Entered: 06/28/2006) |
| 06/29/2006 | 33 | MOTION to Compel *Disclosure of Witness Statements* by Carlos Pineda.(Hrones, Stephen) (Entered: 06/29/2006) |
| 06/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Interim Pretrial Conference held on 6/29/2006. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/29/2006) |
| 06/29/2006 | | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro : Hearing re motion held on 6/29/2006. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 06/29/2006) |
| 06/29/2006 | 34 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. Plaintiffs have until July 6, 2006 to file a proposed order regarding the disclosure of certain |

| | | |
|---|---|---|
| | | documents as discussed in open court.(Abaid, Kim) (Entered: 06/29/2006) |
| 06/30/2006 | 35 | MOTION for Order to Relative to Discovery by Carlos Pineda.(Hrones, Stephen) (Entered: 06/30/2006) |
| 07/10/2006 | 36 | Judge Joseph L. Tauro : ORDER entered re: 35 Motion for Order, This Proposed Order is Accepted, Adopted and So Ordered. (Abaid, Kim) (Entered: 07/11/2006) |
| 09/15/2006 | 37 | Joint MOTION for Extension of Time to November 15, 2006 to Complete Depositions by all plaintiffs.(Hrones, Stephen) (Entered: 09/15/2006) |
| 10/02/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 37 Motion for Extension of Time Further Scheduling Conference set for 12/5/2006 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 10/02/2006) |
| 11/21/2006 | 38 | MOTION to Seal by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris.(Litsas, Helen) (Entered: 11/21/2006) |
| 11/28/2006 | | Motions terminated: 28 MOTION to Compel *Disclosure of Witness Statement* filed by Carlos Pineda,, Alexandra Perez,, 32 MOTION to Compel *Disclosure of Personnel & IAD Records* filed by Carlos Pineda,, 33 MOTION to Compel *Disclosure of Witness Statements* filed by Carlos Pineda,. (Abaid, Kim) (Entered: 11/28/2006) |
| 11/28/2006 | | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Hearing rescheduled or cancelled: 12/5/2006 to: 12/12/2006 at 10:00 a.m. (Lovett, Zita) (Entered: 11/28/2006) |
| 12/07/2006 | | Set/Reset Hearings: Status Conference set for 12/12/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 12/07/2006) |
| 12/07/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 38 Motion to Seal (Lovett, Zita) (Entered: 12/07/2006) |
| 12/11/2006 | 39 | SEALED MOTION by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, Daniel Keeler, Dennis Harris.(Abaid, Kim) (Entered: 12/12/2006) |
| 12/11/2006 | 40 | Sealed Document. (Attachments: # 1 Exhibit A)(Abaid, Kim) (Entered: 12/12/2006) |
| 12/12/2006 | 41 | Judge Joseph L. Tauro : ORDER entered re: DISCOVERY. 39 Motion for a Protective Order is DENIED. Parties shall complete depositions and disclose expert witnesses by March 1, 2007. Defendants' deadline for filing a Motion for Summary Judgment is April 16, 2007. Plaintiffs' Opposition to Defendants' Motion for Summary Judgment is due May 7, 2007. A Final Pre-Trial Conference will be held on May 23, 2007 at 10:00 AM. Trial is scheduled for June 4, 2007 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. No continuances shall be granted. (Abaid, Kim) (Entered: |

| | | |
|---|---|---|
| | | 12/12/2006) |
| 02/09/2007 | 42 | MOTION for Order to Defendants to Turn Over to Plaintiffs Key Documents by Carlos Pineda.(Hrones, Stephen) (Entered: 02/09/2007) |
| 02/20/2007 | 43 | Opposition re 42 MOTION for Order to Defendants to Turn Over to Plainitiffs Key Documents filed by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, Daniel Keeler, Dennis Harris. (Litsas, Helen) (Entered: 02/20/2007) |
| 02/21/2007 | | Motions terminated: 42 MOTION for Order to Defendants to Turn Over to Plainitiffs Key Documents filed by Carlos Pineda,. MOOT. (Abaid, Kim) (Entered: 02/21/2007) |
| 03/18/2007 | 44 | NOTICE of Withdrawal of Appearance by Helen G. Litsas (Litsas, Helen) (Entered: 03/18/2007) |
| 04/03/2007 | 45 | MOTION for Extension of Time to taking depositions by Carlos Pineda.(Hrones, Stephen) (Entered: 04/03/2007) |
| 04/04/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 45 Motion for Extension of Time to complete depositions only. (Lovett, Zita) (Entered: 04/04/2007) |
| 04/04/2007 | 46 | NOTICE of Appearance by Thomas R Donohue on behalf of Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris (Donohue, Thomas) (Entered: 04/04/2007) |
| 04/05/2007 | 47 | Assented to MOTION for Extension of Time to May 7, 2007 to File a Motion for Summary Judgment by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris.(Donohue, Thomas) (Entered: 04/05/2007) |
| 04/10/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 47 Motion for Extension of Time to May 7, 2007 to file Motion for Summary Judgment. (Lovett, Zita) (Entered: 04/10/2007) |
| 04/26/2007 | 48 | MOTION to Continue Trial Date by Carlos Pineda.(Hrones, Stephen) (Entered: 04/26/2007) |
| 04/30/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 48 Motion to Continue Jury Trial set for 7/23/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 04/30/2007) |
| 05/08/2007 | 49 | Assented to Defendants' Motion to Enter Deadlines for Discovery and Motions for Summary Judgment by Joseph R. Watts, Joseph P. Toomey, William J. Gallagher, Edward Gately, Janine Busby, City of Boston, Daniel Keeler, Dennis Harris.(Donohue, Thomas) Modified on 5/8/2007 (Abaid, Kimberly). (Entered: 05/08/2007) |
| 05/10/2007 | 50 | NOTICE of Appearance by Michael L. Tumposky on behalf of Alexandra Perez (Tumposky, Michael) (Entered: 05/10/2007) |

| 05/10/2007 | 51 | NOTICE of Appearance by Michael L. Tumposky on behalf of Carlos Pineda (Tumposky, Michael) (Entered: 05/10/2007) |
|---|---|---|
| 05/17/2007 |  | ELECTRONIC NOTICE Resetting or Cancelling Hearing. Hearing cancelled: 5/23/2007 to: to be advised (Lovett, Zita) (Entered: 05/17/2007) |
| 05/17/2007 | 52 | TRANSCRIPT of Status Conference held on December 12, 2006 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 05/17/2007) |
| 06/06/2007 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 49 Motion for Clarification and adopting the proposed schedule. (Lovett, Zita) (Entered: 06/06/2007) |
| 06/08/2007 | 53 | NOTICE of Voluntary Dismissal by William J. Gallagher, Edward Gately, Janine Busby, Carlos Pineda, Alexandra Perez (Donohue, Thomas) (Entered: 06/08/2007) |
| 06/18/2007 | 54 | Judge Joseph L. Tauro : ORDER entered. PROCEDURAL ORDER re Trial. Jury Trial set for 7/23/2007 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro.(Abaid, Kimberly) Additional attachment(s) added on 6/18/2007 (Abaid, Kimberly). Modified on 6/18/2007 (Abaid, Kimberly). (Entered: 06/18/2007) |
| 06/18/2007 |  | Set/Reset Hearings: Jury Trial set for 7/23/2007 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kimberly) (Entered: 06/18/2007) |
| 06/18/2007 |  | Notice of correction to docket made by Court staff. Correction: Docket Entry 54 corrected because: Wrong document was attached. Wrong date listed for Jury Trial. Replaced document, corrected docket text to reflect correct date and reset date in the calendar. (Abaid, Kimberly) (Entered: 06/18/2007) |
| 06/18/2007 | 55 | NOTICE of Appearance by Helen G. Litsas on behalf of Joseph R. Watts, Joseph P. Toomey, Daniel Keeler, Dennis Harris (Litsas, Helen) (Entered: 06/18/2007) |
| 06/18/2007 | 56 | MOTION for Summary Judgment by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 06/18/2007) |
| 06/18/2007 | 57 | MEMORANDUM in Support re 56 MOTION for Summary Judgment filed by Joseph R. Watts, Joseph P. Toomey. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J)(Litsas, Helen) (Entered: 06/18/2007) |
| 06/18/2007 | 58 | Statement of Material Facts L.R. 56.1 re 56 MOTION for Summary Judgment filed by Joseph R. Watts, Joseph P. Toomey. (Litsas, Helen) (Entered: 06/18/2007) |
| 06/18/2007 | 59 | MOTION for Summary Judgment by Daniel Keeler, Dennis Harris.(Litsas, Helen) (Entered: 06/18/2007) |

| | | |
|---|---|---|
| 06/18/2007 | 60 | MEMORANDUM in Support re 59 MOTION for Summary Judgment filed by Daniel Keeler, Dennis Harris. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit I# 9 Exhibit J)(Litsas, Helen) (Entered: 06/18/2007) |
| 06/19/2007 | 61 | CERTIFICATE OF CONSULTATION re 56 MOTION for Summary Judgment, 59 MOTION for Summary Judgment *by Defendants Watts, Toomey, Keeler and Harris*. (Litsas, Helen) (Entered: 06/19/2007) |
| 06/27/2007 | 62 | NOTICE of Withdrawal of Appearance by Thomas R Donohue (Donohue, Thomas) (Entered: 06/27/2007) |
| 06/28/2007 | | ELECTRONIC NOTICE of Hearing :Hearing on Motion for Summary Judgment set for 7/17/2007 10:45 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 06/28/2007) |
| 06/29/2007 | 63 | STIPULATION of Dismissal by Daniel Keeler, Dennis Harris. (Litsas, Helen) (Entered: 06/29/2007) |
| 07/09/2007 | 64 | MOTION for Extension of Time to 7/11/2007 to File Response/Reply by Carlos Pineda.(Hrones, Stephen) (Entered: 07/09/2007) |
| 07/10/2007 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 64 Motion for Extension of Time to File Response/Reply re 64 MOTION for Extension of Time to 7/11/2007 to File Response/Reply Responses due by 7/11/2007 (Lovett, Zita) (Entered: 07/10/2007) |
| 07/11/2007 | | Motions terminated: 59 MOTION for Summary Judgment filed by Daniel Keeler, Dennis Harris. (Abaid, Kimberly) (Entered: 07/11/2007) |
| 07/11/2007 | 65 | Opposition re 56 MOTION for Summary Judgment *and Incorporated Memorandum of Law* filed by Carlos Pineda, Alexandra Perez. (Tumposky, Michael) (Entered: 07/11/2007) |
| 07/11/2007 | 66 | Statement of Material Facts L.R. 56.1 re 56 MOTION for Summary Judgment *in Opposition to Defendants' Motion* filed by Carlos Pineda, Alexandra Perez. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit # 7 Exhibit # 8 Exhibit)(Tumposky, Michael) (Entered: 07/11/2007) |
| 07/16/2007 | 67 | Emergency MOTION to Strike 66 Statement of Material Facts L.R. 56.1, *Submitted by Plaintiffs* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/16/2007) |
| 07/16/2007 | 68 | Emergency MOTION for Leave to File *Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment* by Joseph R. Watts, Joseph P. Toomey. (Attachments: # 1 Exhibit Defendants' Proposed Reply to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment)(Litsas, Helen) (Entered: 07/16/2007) |
| 07/16/2007 | 69 | PRETRIAL MEMORANDUM by Carlos Pineda, Alexandra Perez. (Tumposky, Michael) (Entered: 07/16/2007) |

| 07/16/2007 | 70 | PRETRIAL MEMORANDUM by Joseph R. Watts, Joseph P. Toomey. (Litsas, Helen) (Entered: 07/16/2007) |
|---|---|---|
| 07/16/2007 | 71 | MOTION in Limine *for Jury Instructions on Probable Cause and Supervisory Liability Prior to Opening Statements* by Joseph R. Watts, Joseph P. Toomey. (Attachments: # 1 Exhibit A)(Litsas, Helen) Modified on 7/17/2007 (Abaid, Kimberly). (Entered: 07/16/2007) |
| 07/16/2007 | 72 | MOTION in Limine *to Exclude Any Alleged Bad Acts Of Defendants or Defendants' Witnesses Unrelated to April 28, 2003 Incident* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/16/2007) |
| 07/17/2007 | 73 | MOTION in Limine *to Exclude Irrelevant Boston Police Department Regulations* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 | 74 | MOTION in Limine *to Exclude Internal Affairs Investigation, Report and Discipline Relating to The April 28, 2003 Incident* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 | 75 | MOTION in Limine *to Exclude Video News Footage* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 | 76 | MOTION in Limine *TO Exclude Any and All References to Medical/Pyschological Reports of Plaintiffs' Child, Boston Police Reports and Photographs* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 | 77 | MOTION in Limine *to Exclude Irrelevant and Duplicative Witnesses* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 | 78 | MOTION in Limine *to Excluce References to Observations Made By Non-Testifying Witnesses* by Joseph R. Watts, Joseph P. Toomey.(Litsas, Helen) (Entered: 07/17/2007) |
| 07/17/2007 |  | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro : Motion Hearing held on 7/17/2007 re 56 MOTION for Summary Judgment filed by Joseph R. Watts, Joseph P. Toomey. Motion ALLOWED. Judgment to issue.the trial scheduled for July 23, 2007 is canceled. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 07/17/2007) |
| 07/19/2007 | 79 | Judge Joseph L. Tauro : ORDER entered. MEMORANDUM AND ORDER. (Abaid, Kimberly) (Entered: 07/19/2007) |
| 07/19/2007 |  | Civil Case Terminated. (Abaid, Kimberly) (Entered: 07/19/2007) |
| 08/08/2007 | 80 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT in favor of the Defendants (Abaid, Kimberly) (Entered: 08/08/2007) |
| 08/20/2007 | 81 | *SEALED* UNEDITED STENO FILE of Motion Hearing held on July 17, 2007 before Judge Tauro. Court Reporter: Carol Lynn Scott. (Scalfani, Deborah) (Entered: 08/20/2007) |

| 09/06/2007 | 82 | NOTICE OF APPEAL as to 80 Judgment by Carlos Pineda, Alexandra Perez Filing fee $ 455, receipt number 1655758 NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 9/26/2007. (Tumposky, Michael) (Entered: 09/06/2007) |
|---|---|---|
| 09/07/2007 | 83 | MOTION to Seal by Carlos Pineda.(Abaid, Kimberly) (Entered: 09/10/2007) |
| 09/07/2007 | 84 | Sealed Document. (Abaid, Kimberly) (Entered: 09/10/2007) |
| 09/11/2007 |  | Judge Joseph L. Tauro : Electronic ORDER entered granting 83 Motion to Seal (Abaid, Kimberly) (Entered: 09/12/2007) |